UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GARY LEVESTER FLOWERS,

        Petitioner,

vs.                                              Case No. 3:05-cv-795-J-20HTS

JAMES V. CROSBY, et al.,

        Respondents.
_____

### ORDER TO SHOW CAUSE

1. On October 21, 2005, an Order was entered requiring Respondents to respond to the Petition within forty days. As of the date of this order, Respondents have not responded. Respondents shall show cause within **FIFTEEN (15) DAYS** from the date of this order why sanctions should not be imposed upon them for their failure to respond to the Petition. The Clerk of the Court shall send the Respondents another copy of the Order to Show Cause and Notice to Petitioner (Doc. #8).

2. Petitioner's Motion for Default (Doc. #10) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE

sc 1/4
c:
Gary Levester Flowers
James V. Crosby, Jr.
Office of the Attorney General